## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **Erminia Restaurant Corp.** and/or related/affiliated entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Galo Manuel Aroca

Full Legal Name (Print)

Signature

27-04-26

Date