NEW YORK STATE OF OPPORTUNITY

# Notice and Acknowledgement of Pay Rate and Payday/Aviso y reconocimiento de la tarifa de pago y del día de pago Under Section 195.1 of the New York State Labor Law/En virtud del Artículo 195.1 de la Ley de Trabajo del estado de Nueva York Notice for Hourly Rate Employees/Aviso para los empleados con tarifas por hora

**1. Employer Information/Información del empleador**

Name/Nombre: ERMINIA RESTAURANT CORP

Doing Business As (DBA) Name(s)/Nombre comercial: LATTANZI RESTAURANT

FEIN (optional)/FEIN (opcional): 133228616

Physical Address/Dirección física: 361 WEST 46th STREET NEW YORK N.Y 10036

Mailing Address/Dirección postal: 361 WEST 46th STREET NEW YORK, N.Y. 10036

Phone/Teléfono: 212-315 0980

**2. Notice given/Aviso entregado:**

- ☐ At hiring/En la contratación
- ☒ Before a change in pay rate(s), allowances claimed or payday/Antes del cambio en la tarifa de pago, asignaciones reclamadas o día de pago

**3. Employee's rate of pay/Tarifa de pago del empleado:**

$ 16.00 per hour/por hora

**4. Allowances taken/Asignaciones tomadas:**

- ☐ None/Ninguna
- ☒ Tips/Propinas 5.35 per hour/por hora (1)
- ☐ Meals/Comidas ______ per meal/por comida
- ☐ Lodging/Alojamiento ______
- ☒ Other/Otro 3% ON TIPS CHARGED (2)

**5. Regular payday/Día de pago regular:** FRIDAY

**6. Pay is/El pago es:**

- ☒ Weekly/Semanal
- ☐ Bi-weekly/Bisemanal
- ☐ Other/Otro

**7. Overtime Pay Rate/Tarifa de horas extras:**

$ 24.00 per hour/por hora (This must be at least 1½ times the worker's regular rate with few exceptions.)/(esto debe ser por lo menos 1 ½ veces la tarifa regular del trabajador, con algunas excepciones).

(1) → $ 5.35 TIP CREDIT IS REDUCTED FROM REGULAR AND OVERTIME PAY RATE PER HOUR;

- $ 16.00 – 5.35 = $ 10.65 REGULAR PAY RATE PER HOUR

- $ 24.00 – 5.35 = $ 18.65 OVERTIME RATE PER HOUR

(2) A 3% PROCESSING FEE IS APPLY AND DEDUCTED FROM TIPS CHARGED ON CREDIT CARDS.

**8. Employee Acknowledgement/Aceptación del empleado:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is./En este día, he sido notificado sobre mi tarifa de pago, la tarifa de horas extras (si soy elegible), las asignaciones y el día de pago designado en la fecha que se presenta a continuación. Le informé a mi empleador cuál es mi idioma principal.

**Check one/Seleccione una opción:**

☐ I have been given this pay notice in English because it is my primary language./Se me proporcionó este aviso de pago en inglés porque ese es mi idioma principal.

☐ My primary language is/Mi idioma principal es ________. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language./Se me proporcionó este aviso de pago en inglés únicamente porque el Departamento de Trabajo aún no ofrece el formulario de aviso de pago en mi idioma principal.

DAVID BUDDY

Print Employee Name/Nombre del empleado en letra de molde

[signature]

Employee Signature/Firma del empleado

31/12/2023

Date/Fecha

ALESSANDRO LATTANZI OFFICE Manager

Preparer's Name and Title/Nombre y puesto del preparador

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./El empleado debe recibir copia firmada de este formulario. El empleador debe conservar el original durante 6 años.**

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers./Tenga en cuenta lo siguiente: Es ilegal que a un empleado se le pague menos que a un empleado del sexo opuesto por el mismo trabajo. Los empleadores tampoco les pueden prohibir a los empleados que hablen de sus salarios con los compañeros de trabajo.