| | | | | | |
|---|---|---|---|---|---|
| 5FTGQD58 | David Buddy | 13-Dec-23 | 3:00:42 PM | 13-Dec-23 | 11:02:25 PM | 8.03 |
| 5FTGQD58 | David Buddy | 14-Dec-23 | 2:57:56 PM | 14-Dec-23 | 10:35:08 PM | 7.62 |
| 5FTGQD58 | David Buddy | 15-Dec-23 | 2:59:37 PM | 15-Dec-23 | 10:50:42 PM | 7.85 |
| 5FTGQD58 | David Buddy | 16-Dec-23 | 3:28:45 PM | 16-Dec-23 | 10:24:30 PM | 6.93 |

ERMINIA RESTAURANT CORP
250 E 83rd St NY
New York NY 10028

1910-7102
EE ID: 3 DD

Payrolls by Paychex, Inc.

DAVID BUDDY
190 RIVER RD UNIT 501
EDGEWATER NJ 07020

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

PERSONAL AND CHECK INFORMATION

David Buddy
190 River Rd Unit 501
Edgewater, NJ 07020
**Employee ID:** 3

**Pay Period:** 12/11/23 **to** 12/17/23
**Check Date:** 12/22/23 **Check #:** 1855

NET PAY ALLOCATIONS

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 15044.73 |
| Chkg 295 | 1369.86 | 28441.73 |
| **NET PAY** | **1369.86** | **43486.46** |

EARNINGS

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Hourly | 30.4300 | 10.0000 | 304.30 | 800.2600 | 12750.10 |
| | Hourly | | | | M62.1600 | 621.60 |
| | Tips Charged | | | 1577.17 | | 43691.69 |
| | **Total Hours** | 30.4300 | | | 862.4200 | |
| | **Total Hrs Worked** | 30.4300 | | | | |
| | **Gross Earnings** | | | 1881.47 | | 57063.39 |
| | Tip Credit | 30.4300 | 4.2000 | 127.81 | | |

WITHHOLDINGS

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 116.65 | 3537.93 |
| Medicare | | 27.28 | 827.42 |
| Fed Income Tax | SMS | 265.09 | 5638.68 |
| NY Income Tax | S 0 | 93.43 | 2691.04 |
| NY PFL | | 8.56 | 162.18 |
| NY Disability | | 0.60 | 30.00 |
| NY NYC Inc | S 0 | | 689.68 |
| **TOTAL** | | 511.61 | 13576.93 |

> > > IMPORTANT MESSAGE(S) < < <

Effective 12/31/22, for tipped Ees in NYS Hospitality Industry: In NYC, Nassau, Suffolk, & Westchester Counties: tip credit up to $2.50 (service) or $5.00 (food service) may be taken towards $15 min wage. In remainder of NYS (Upstate): tip credit up to $2.35 (service) or $4.75 (food service) may be taken towards $14.20 min wage.

| NET PAY | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **1369.86** | **43486.46** |

Payrolls by Paychex, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 5FTGQD58 | David Buddy | 29-Oct-24 | 3:47:49 PM | 29-Oct-24 | 10:10:43 PM | 6.38 |
| 5FTGQD58 | David Buddy | 30-Oct-24 | 3:49:25 PM | 30-Oct-24 | 10:10:36 PM | 6.35 |
| 5FTGQD58 | David Buddy | 31-Oct-24 | 10:56:44 AM | 31-Oct-24 | 4:39:27 PM | 5.71 |
| 5FTGQD58 | David Buddy | 1-Nov-24 | 10:49:22 AM | 1-Nov-24 | 7:53:58 PM | 9.08 |
| 5FTGQD58 | David Buddy | 2-Nov-24 | 3:02:28 PM | 2-Nov-24 | 9:50:43 PM | 6.8 |

ERMINIA RESTAURANT CORP
250 E 83rd St NY
New York NY 10028

1910-7102
EE ID: 3
DD

Payrolls by Paychex, Inc.

DAVID BUDDY
610 W 145TH ST APT 3J
NEW YORK NY 10031

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

CITIBANK, NA
PAYABLE IF DESIRED AT:
ALL CITIBANK, NA BANKS

## PERSONAL AND CHECK INFORMATION

David Buddy
610 W 145th St Apt 3J
New York, NY 10031
**Employee ID:** 3

**Pay Period:** 10/28/24 **to** 11/03/24
**Check Date:** 11/08/24 **Check #:** 3103

## NET PAY ALLOCATIONS

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 295 | 1165.97 | 35399.93 |
| **NET PAY** | **1165.97** | **35399.93** |

## EARNINGS

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Hourly | 34.3300 | 10.6500 | 365.61 | 1010.6900 | 10733.14 |
| | Tips Charged | | | 1183.28 | | 34184.34 |
| | **Total Hours** | 34.3300 | | | 1010.6900 | |
| | **Total Hrs Worked** | 34.3300 | | | | |
| | **Gross Earnings** | | | 1548.89 | | 44917.48 |
| | Tip Credit | 34.3300 | 4.3501 | 149.34 | | |

## WITHHOLDINGS

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 96.03 | 2784.88 |
| Medicare | | 22.46 | 651.30 |
| Fed Income Tax | SMS | 183.85 | 3899.95 |
| NY Income Tax | S 0 | 74.20 | 1987.47 |
| NY PFL | | 5.78 | 167.55 |
| NY Disability | | 0.60 | 26.40 |
| **TOTAL** | | 382.92 | 9517.55 |

> > > IMPORTANT MESSAGE(S) < < <

Effective 01/01/24, for tipped EEs in NYS Hospitality Industry: In NYC, Nassau, Suffolk, & Westchester Counties: tip credit up to $2.65 (service) or $5.35 (food service) may be taken towards $16 min wage. In remainder of NYS (Upstate): tip credit up to $2.50 (service) or $5.00 (food service) may be taken towards $15 min wage.

| NET PAY | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **1165.97** | **35399.93** |

| | | | | | |
|---|---|---|---|---|---|
| 5FTGQD58 David Buddy | 18-Sep-24 | 3:21:42 PM | 18-Sep-24 | 10:25:10 PM | 7.06 |
| 5FTGQD58 David Buddy | 19-Sep-24 | 4:05:37 PM | 19-Sep-24 | 10:09:53 PM | 6.07 |
| 5FTGQD58 David Buddy | 20-Sep-24 | 3:56:25 PM | 20-Sep-24 | 7:58:35 PM | 4.04 |
| 5FTGQD58 David Buddy | 21-Sep-24 | 12:04:45 PM | 21-Sep-24 | 8:37:31 PM | 8.55 |

ERMINIA RESTAURANT CORP
250 E 83rd St NY
New York NY 10028

1910-7102
EE ID: 3
DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

DAVID BUDDY
610 W 145TH ST APT 3J
NEW YORK NY 10031

NON-NEGOTIABLE

NON-NEGOTIABLE

CITIBANK, NA
PAYABLE IF DESIRED AT:
ALL CITIBANK, NA BANKS

PERSONAL AND CHECK INFORMATION

David Buddy
610 W 145th St Apt 3J
New York, NY 10031
**Employee ID:** 3

**Pay Period:** 09/16/24 **to** 09/22/24
**Check Date:** 09/27/24 **Check #:** 2943

NET PAY ALLOCATIONS

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 295 | 883.04 | 29776.11 |
| **NET PAY** | **883.04** | **29776.11** |

EARNINGS

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Hourly | 25.7100 | 10.6500 | 273.81 | 840.0900 | 8916.26 |
| | Tips Charged | | | 846.67 | | 28789.74 |
| | **Total Hours** | 25.7100 | | | 840.0900 | |
| | **Total Hrs Worked** | 25.7100 | | | | |
| | **Gross Earnings** | | | 1120.48 | | 37706.00 |
| | Tip Credit | 25.7100 | 4.3501 | 111.84 | | |

WITHHOLDINGS

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 69.47 | 2337.77 |
| Medicare | | 16.25 | 546.74 |
| Fed Income Tax | SMS | 96.30 | 3225.15 |
| NY Income Tax | S 0 | 50.64 | 1656.78 |
| NY PFL | | 4.18 | 140.65 |
| NY Disability | | 0.60 | 22.80 |
| **TOTAL** | | 237.44 | 7929.89 |

> > > IMPORTANT MESSAGE(S) < < <

Effective 01/01/24, for tipped EEs in NYS Hospitality Industry: In NYC, Nassau, Suffolk, & Westchester Counties: tip credit up to $2.65 (service) or $5.35 (food service) may be taken towards $16 min wage. In remainder of NYS (Upstate): tip credit up to $2.50 (service) or $5.00 (food service) may be taken towards $15 min wage.

| NET PAY | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **883.04** | **29776.11** |

Payrolls by Paychex, Inc.