JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-981-9587
www.jk-llp.com

August 26, 2026

MEMORANDUM ENDORSED

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: David v. Erminia Restaurant Corp.**
**No. 26 CV 3320**

Dear Judge Gorenstein:

Together with the Law Offices of Jeffrey E. Goldman, we represent the Plaintiff in the above-referenced action. I write to respectfully request a one-week extension of the deadline for Plaintiff to file his motion for conditional certification of an FLSA collective. The current deadline is September 4, 2026 (Dkt. No. 28), and we seek an extension to September 11, 2026. The reason for the extension is that we need additional time to finalize the named Plaintiff's declaration in support of the motion because he is currently out of the country. This is the first request for an extension of this deadline, and Defendants consent to the extension.

Respectfully submitted,

/s/ Denise A. Schulman
Denise A. Schulman

cc: All counsel (via ECF)

Extension to September 11, 2026, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 26, 2026